■ SHIRLEY LANGBAUM, Appellant, v DAVID KRAUSHAAR et al., Constituting the Zoning Board of Appeals of the Town of Clarkstown, Respondents.—Appeal by the petitioner from a judgment of the Supreme Court, Rockland County, dated December 16, 1986.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Kelly in his memorandum decision at the Supreme Court. Bracken, J. P., Kunzeman, Rubin and Spatt, JJ., concur.